# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHAWN SMITH,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY REYES *et al.*,<br><br>Defendants. | No. 21-cv-03793<br>Judge John F. Kness |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff

    which ☐ includes     pre–judgment interest.
              ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
   and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge John F. Kness at the Court's instance on Defendants' motions to dismiss.

Date: October 16, 2025

                                                 JOHN F. KNESS
                                                 United States District Judge